AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

| LODGED<br>CLERK, U.S. DISTRICT COURT<br>07/13/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___CLO___ DEPUTY | UNITED STATES DISTRICT COURT<br>for the<br>Central District of California | FILED<br>CLERK, U.S. DISTRICT COURT<br>Jul 13 2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ib___ DEPUTY |
|---|---|---|

United States of America

v.

JOSEPH VALDEZ,

Defendant(s)

Case No.   2:21-mj-03290

# CRIMINAL COMPLAINT BY TELEPHONE
# OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 8, 2021, in the county of Ventura in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1704 | Unlawful Possession of Postal Key |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ John Piotrowski*
Complainant's signature

John Piotrowski, Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/13/2021

*[signature]*
Judge's signature

City and state: Los Angeles, California

Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
Printed name and title

AUSA: Maria Elena Stiteler (x6148)

**AFFIDAVIT**

I, John Piotrowski, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Joseph Valdez ("VALDEZ") for a violation of 18 U.S.C. § 1704: Unlawful Possession of Postal Key.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since May 27, 2019. I am currently assigned to the Los Angeles Division, Alameda Domicile, Mail Theft Team. The USPIS investigates criminal activity surrounding the United States Postal Service as well as violations of Title 18 of the U.S. Code.

4. I received a Bachelor of Science in Business Administration from Shippensburg University (Pennsylvania). I

1

served seven years as an Armor Officer in the United States Army and was deployed to both Bosnia and Guantanamo Bay, Cuba. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program in Glynco, Georgia and the United States Secret Service Special Agent Training Course in Beltsville, Maryland. I served as a Secret Service Special Agent for 12 years prior to becoming a Postal Inspector.

5. During my tenure as a federal Criminal Investigator, I conducted and assisted in multiple criminal investigations. I have gained knowledge and experience in conducting investigations involving bank fraud, access device fraud, identity theft, and wire fraud. Through the course of conducting these investigations, I have been involved in the use of the following investigative techniques: analyzing financial records, conducting physical surveillance, consensual monitoring and recording of non-telephonic surveillance communications, executing search and arrest warrants in the support of investigations, interviewing subjects and witnesses, and participating in undercover operations.

### III. SUMMARY OF PROBABLE CAUSE

6. On May 4, 2021, Ventura County Sheriff's Office deputies arrested VALDEZ for being under the influence of a controlled substance, searched his vehicle, and discovered multiple counterfeit arrow keys, three stolen U.S. Post Office locks, controlled substances, drug paraphernalia, and burglary tools.

7. On May 5, 2021, the Ventura County Sheriff's Office was called to respond to the Hyatt Regency Hotel in Westlake Village, CA. Hotel management cleared a room registered by VALDEZ and discovered 20 access devices in names other than VALDEZ and four stolen driver's licenses. VALDEZ was arrested and released on bond pending trial on state charges.

8. On June 8, 2021, Simi Valley Police Department officers arrested VALDEZ for driving with a suspended license, searched his vehicle, and discovered multiple counterfeit arrow keys, a bag of stolen mail, vials of controlled substances, drug paraphernalia, stolen driver's licenses, and multiple access devices in names other than VALDEZ.

9. I tested one of the manufactured postal keys found in VALDEZ's vehicle during the June 8, 2021 arrest, and confirmed that it works in a U.S. Postal lock.

## IV. STATEMENT OF PROBABLE CAUSE

10. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A. VALDEZ's May 4, 2021 Arrest

#### 1. Officers Find VALDEZ Passed Out in His Car Parked Next to a Curb

11. On May 4, 2021, at approximately 9:11 AM, Ventura County Sheriff's Office Deputies Stephen Galvan and Jonathan Beeson were dispatched to Foothill Drive and Sunset Drive in Thousand Oaks, California, regarding a suspicious car parked next to a curb. According to the radio call, the vehicle was a

black Porsche Cayenne with paper license plates, and the driver was passed out at the wheel with a "bong" in his lap.

12. When officers arrived, the vehicle was turned on and the engine was running. After initiating contact, the driver exhibited signs of recent drug use. Deputies ordered the driver to exit the vehicle several times but he would not comply. Based on his uncooperative behavior, Deputy Beason attempted to open the driver's side door, and took ahold of the driver's arm to help him out of the vehicle.

13. The driver identified himself as "Joseph Valdez." Deputy Beeson conducted a records check which revealed VALDEZ had outstanding felony and misdemeanor warrants out of Los Angeles County.

14. Sergeant B. Miller arrived to assist around 9:29 AM, and saw in plain sight in the vehicle what appeared to be residue of illegal drugs on the driver floor mat, a straw, a torch, and a glass bong which could be used to smoke marijuana or methamphetamine.

15. Based on the symptoms that indicated that VALDEZ was under the influence of drugs, Deputy Galvan conducted a Drug Abuse Recognition ("DAR") evaluation, and determined that VALDEZ was under the influence of a controlled substance. Deputy Galvan placed VALDEZ under arrest for violation of California Health and Safety Code Section 11550(a) (being under the influence of a controlled substance), and searched his car.

2. Search of VALDEZ's Car

16. In addition to the items mentioned above, while searching VALDEZ's car, the VCSO deputies and Sergeant Miller recovered a makeshift key in the driver's door pocket and another makeshift key under the front passenger seat. A further search of the car uncovered seven additional keys, a Dremel tool kit and other tools. I later inspected photographs of the keys and identified them as counterfeit postal Arrow Keys. Based on my training and experience, I know that Arrow Keys are distinctively shaped keys used by USPS employees to open mail receptacles such as panels of apartment mailboxes. Arrow Keys are counterfeited by mail thieves in order to gain access to apartment buildings and to steal mail. Based on my training and experience, mail thieves utilize Dremel tools to fashion counterfeit Arrow Keys out of pieces of metal to gain access to blue mail collection boxes. Also found in the car was a spool of thread and "mechanical grabber," which, based on my training and experience, is a common tool used by mail thieves to pull mail out of blue collection boxes.

17. The deputies also recovered three mailbox locks from a hidden compartment in the trunk of the car. The deputies tested the keys with the locks and found the counterfeit Arrow keys were able to open the locks. I later conducted further testing, which showed that the counterfeit Arrow keys were able to manipulate but not open the locks.

18. The deputies also recovered a pink and black backpack on the front passenger seat. Inside, deputies found numerous

access devices. One was a Costco Card bearing the name "Joseph Valdez." Additional access devices were found that did not bear the name "Joseph Valdez," including a Barclays JetBlue Mastercard in the name of a victim "J.R."; one Home Depot credit card in the name of both the victim company "A.D.I." and an individual victim "A.N."; a Bancorp debit card, Bank of America Visa debit card, and Credit One Bank credit card in the name of a victim "J.S."; a Barclays World Elite credit card in the name of a victim "D.G."; a Discover card in the name of a victim "M.D.D."; and a Target Red Card credit card, in the name of a victim "E.R.C."

19. The deputies also seized three cell phones and one SIM card from VALDEZ's person and car. On May 14, 2021, the Honorable Rozella A. Oliver signed a warrant authorizing a search of these digital devices in Case No. 2:21-MJ-02402. The results of that search are pending.

20. The deputies also recovered from the car and backpack approximately 31 grams of what, based on their training and experience, they believed to be methamphetamine, as well as a glass methamphetamine pipe, and approximately 23.05 grams of what, based on their training and experience, they believed to be fentanyl.

21. VALDEZ was transported to the Thousand Oaks Police Station, where he refused to provide a urine sample. VALDEZ was arrested and booked for being under the influence of a controlled substance, possession of a controlled substance, possession of drug paraphernalia, mail theft, possession of

burglary tools, and possession of access devices in other people's names with a prior conviction. On May 11, 2021, VALDEZ was released into the custody of the Los Angeles County Sheriff's Office due to two outstanding warrants in their jurisdiction.

### B. Interview with Victim J.R.

22. On May 4, 2021, VCSO Detective Jennifer Bowie contacted victim J.R., whose card was found in VALDEZ's car, by telephone. J.R. stated that s/he had his/her mail stolen in or about January 2021, which contained the Barclays JetBlue Mastercard. Based on my review of J.R.'s bank records for the Barclays JetBlue Mastercard, on May 4, 2021, one charge to "Cinepolis, CA" was made for $43. J.R. stated that s/he did not make this purchase and cancelled the card afterward.

23. Attempts to contact additional victims, whose cards were also found in VALDEZ's car, are ongoing.

### C. Surveillance Video and Purchase Records from Home Depot

24. On May 4, 2021, VCSO detectives contacted Home Depot Loss Prevention in connection with the access device in the names of victim company "A.D.I." and individual victim, "A.N." In response, Home Depot provided surveillance video footage and photographs which appear to depict an individual matching VALDEZ's appearance making multiple purchases at various Home Depot locations. Home Depot also provided records for purchases made on this access device totaling approximately $6,000 between

April 16, 2021 and April 29, 2021.  The dates, Home Depot locations, and amounts of the purchases are as follows:

        a.   April 16, 2021 – Canoga Park - $98.60

        b.   April 16, 2021 – Canoga Park - $650.10

        c.   April 20, 2021 – Woodland Hills - $566.27

        d.   April 20, 2021 – Panorama City - $608.57

        e.   April 24, 2021 – Goleta - $509.20

        f.   April 24, 2021 – Goleta - $569.90

        g.   April 27, 2021 – Camarillo - $456.86

        h.   April 27, 2021 – Thousand Oaks - $1,163.61

        i.   April 28, 2021 – Goleta – $128.22

        j.   April 29, 2021 – Goleta - $770.20

        k.   April 29, 2021 – Goleta - $827.52

        l.   April 29, 2021 – Goleta - $645.42

    25.  The individual who charged the card in the Home Depot surveillance footage is a masked male in his 20s or 30s, who matches the physical appearance of VALDEZ.  In a number of the surveillance videos, a female is accompanying him.  In each of the videos, the male individual is wearing a baseball cap, and at least one video shows the individual wearing the same "VANS" baseball hat that VALDEZ was wearing when arrested.

        **D.**   **Items Found from VALDEZ's Hotel Room on May 8, 2021**

    26.  From speaking with Hyatt Regency Director of Guest Services, C.M., Detective Jennifer Bowie, and reading Ventura County Sheriff's Office reports, I learned the following series of events:

a. On May 8, 2021, the Ventura County Sheriff's Office was called to respond to the Westlake Hyatt Plaza Hotel in Westlake Village, CA. VALDEZ was due to check out of the hotel on May 5, 2021. On May 8, 2021, pursuant to hotel policy, hotel management cleared the room registered to VALDEZ of leftover belongings and discovered 20 access devices in names other than VALDEZ and seven stolen driver's licenses/identification cards in names other than VALDEZ.

b. Access devices found in the hotel room that did not bear the name "Joseph VALDEZ" include a BBVA Visa card in the name of victim "K.F."; a PNC Bank Virtual Wallet Visa Debit card in the name of victim "A.B."; a Cash App Visa Debit card in the name of victim "J.S."; a Bloomingdales Loyalist credit card in the name of victim "M.S."; a Bank of America Visa Debit card in the name of victim "J.S."; two Metabank credit cards in the name of victim "A.S."; two Wells Fargo Visa Debit cards in the name of victim "M.D."; an Indigo Mastercard in the name of victim "K.B."; a Victoria's Secret Pink card in the name of victim "J.A."; a Chase Preferred Sapphire Visa card in the name of victim "H.L."; a Metabank Visa card in the name of victim "S.K."; a Bank of America Visa Debit card in the name of "T.M."; a Delta Community Credit Union Visa Debit card in the name of victim "M.H."; a Metabank Visa Debit card in the name of victim "C.M."; a Metabank Visa Debit card in the name of victim "N.P."; a Costco Executive Membership card in the name of victim "M.B."; a Bank of America Visa card in the name of victim "J.A."; and a Capital One Debit Mastercard in the name of victim "D.L."

c. The identification cards found in the hotel room include three California Driver Licenses in the names of victims "V.K.", "D.U.", and "M.G."; a United States of America Passport Card in the name of victim "K.M."; a Wisconsin Driver License in the name of victim "S.F."; a Nevada Driver License in the name of victim "M.B."; and a Global Entry card in the name of victim "N.R.".

**E.   VALDEZ's June 8, 2021 Arrest**

27. After speaking with Detective Jessica Neumann, reading Simi Valley Police Department reports and call slips, and reviewing video recordings of VALDEZ's June 8, 2021 traffic stop and arrest, I learned the following series of events from June 8, 2021:

a. On June 8, 2021 at approximately 5:58 AM, the Simi Valley Police Department received a notification of a suspicious vehicle.  The reporting party, who was taking a walk, stated they observed a black SUV with no license plates.  The reporting party explained that the driver of the SUV initially had his head back with a towel but, as of the time of the call, seemed to be slumped over.  The reporting party knocked on the window and the driver gave a "thumbs up," but the reporting party believed it was unusual behavior.

b. Officer Aris Waldrop responded to the identified location and observed a black Porsche Cayenne with no license plates.  Officer Waldrop activated his siren and exited his patrol vehicle.  As he did so, the driver of the black Porsche appeared to drive away at a slow rate of speed, as shown on

bodycam video of the traffic stop.  Officer Waldrop stopped the Porsche for a violation of California Vehicle Code 5200(a) – front/rear license plates required.

   c. While speaking to VALDEZ, the driver of the Porsche Cayenne, Officer Waldrop learned that VALDEZ's driver's license may have been suspended.  Officer Waldrop ran a records check, and confirmed that VALDEZ's license had been suspended.  As a result, Officer Waldrop asked VALDEZ to exit the vehicle and sit on the curb.  Officers searched the vehicle so it could be towed, and immediately discovered counterfeit arrow keys and other tools typically used for stealing mail.  VALDEZ was then placed in handcuffs.

   d. The search of the vehicle resulted in the discovery of a large trash bag full of stolen mail, counterfeit arrow keys, lock picks, pry tools, shaved keys, stolen identification cards, stolen personal checks, a journal containing personal identifying information that included 18 social security numbers, and containers of suspected narcotics.  I verified the 18 social security numbers through the Social Security Administration and discovered that 16 of the 18 social security numbers were matched the names of real people.

   e. VALDEZ was arrested for obtaining personal information of more than 10 individuals.  VALDEZ was read and waived his Miranda Rights.  During the interview, VALDEZ was questioned about the counterfeit arrow keys, and explained that he created the counterfeit arrow keys but they did not work.

**F.  Test of the Counterfeit Arrow Key Seized from VALDEZ on June 8, 2021**

28. In order for the mail to be successfully and securely delivered to locations throughout the country, the U.S. Postal Service installs serial numbered specialized locks on all blue collection boxes, secured apartment complexes, cluster box units, and outdoor panel lockers.  For example, at a secure apartment building, a specialized U.S. Postal Service lock is installed into the call box next to the exterior door where tenants utilize a key fob to gain access.  The same locks are installed into call boxes in gated communities.  To access these receptacles, apartment buildings, and access gates, U.S. Postal Service mail carriers utilize a serial numbered specialized "Arrow key" to access those receptacles, buildings, and communities.  The arrow keys vary by zip code.

29. Based on my training and experience, mail thieves typically utilize small pieces of flat metal and use tools such as Dremel cutting tools or metal files to manufacture counterfeit arrow keys to access the above-mentioned receptacles.

30. On June 29, 2021, I traveled to an address on Shadow Lane, Simi Valley, CA, where a large majority of the stolen mail recovered from VALDEZ during his arrest was addressed.  This street is the sole street in a gated community with cul-de-sacs on either side.  I took a manufactured arrow key seized from VALDEZ during his Simi Valley arrest, inserted it into the specialized lock located on the call box, and opened the

entrance gate to the community. The manufactured arrow key did not work on the cluster of mailboxes inside the community; instead, I noticed that the bank of mailboxes contained markings that suggested that the mailbox had been pried open at some point.

31. On July 9, 2021, I traveled to an address on Ashland Street in Simi Valley, CA, where I tested a manufactured arrow key seized from VALDEZ during his Simi Valley arrest on a specialized U.S. Postal Service lock that is used to access an apartment cluster mailbox. The manufactured arrow key seized from VALDEZ during his Simi Valley arrest opened the apartment cluster mailbox, which is an authorized depository for mail.

### G. VALDEZ Absconds and Fails to Appear at Court

32. On June 22, 2021, VALDEZ was scheduled to appear in court in the State of California, Ventura County, on charges stemming from his May 4, 2021 arrest. VALDEZ failed to appear and a bench warrant was issued with a bail amount of $75,000.

33. On July 9, 2021, VALDEZ was scheduled to appear in court in the State of California, Los Angeles County, for a status hearing stemming from an arrest by the Los Angeles County Sheriff's Office Lost Hills Station in which Valdez was charged with nine counts of Possession of Personal Identifying Information with Intent to Defraud. VALDEZ failed to appear for this hearing and a bench warrant was issued by the court.

//
//
//

## IV. CONCLUSION

34. For all of the reasons described above, there is probable cause to believe that Joseph VALDEZ has committed a violation of a violation of 18 U.S.C. § 1704: Unlawful Possession of Postal Key.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone on
this <u>13th</u> day of July, 2021.

_____
THE HONORABLE ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE